NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of O.R.T., a child.<br><br>H.K.V.,<br><br>     Appellant,<br><br>v.<br><br>DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,<br><br>     Appellees. | Case No. 2D19-1058 |

Opinion filed June 7, 2019.

Appeal from the Circuit Court for
Charlotte County; Mary Evans, Judge.

H.K.V., pro se.

Meredith K. Hall, Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

Thomasina F. Moore, Statewide Director of
Appeals, and Sara Elizabeth Goldfarb,
Senior Attorney, Appellate Division,
Tallahassee, for Appellee Guardian ad
Litem Program.


PER CURIAM.

     Affirmed.

SLEET, LUCAS, and SALARIO, JJ., Concur.